UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
SEP 19 2017
CENTRAL DISTRICT OF CALIFORNIA
BY　　　　　　DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-146-FMO |
| Plaintiff, | |
| v. | ORDER OF DETENTION |
| YAJAIRA ARIAS, | [18 U.S.C. §§ 3148(b), 3143(a)] |
| Defendant. | |

On September 8, 2017, Defendant YAJAIRA ARIAS made her initial appearance following her arrest on a bench warrant issued by this Court on March 4, 2016, for alleged violations of the terms and conditions of pretrial release. Defendant was temporarily detained pending a detention hearing that was continued to September 12, 2017. On September 11, 2017, the detention hearing was continued to September 19, 2017.

On September 19, 2017, a detention hearing pursuant to 18 U.S.C. §§ 3148(b) and 3143(a) was conducted. The Court has reviewed the files and records in this matter, including the report prepared by the U.S. Pretrial Services Agency ("PSA"), dated September 8, 2017, a detention hearing update dated September 19, 2017, PSA's recommendation of detention, and the Petition for Action on Conditions of Pretrial Release.

Defendant has submitted on the recommendation of detention.

The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:

1. Based on the factors set forth in 18 U.S.C. § 3142(g), there is no longer is any condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the community or to others if allowed to remain on bail pending future court proceedings.

2. The Court has taken into account the allegations of defendant's noncompliance with the conditions of pretrial release as alleged in the petition for action on conditions of pretrial release, the warrant for arrest issued by this Court, and Defendant's admission regarding her failure to comply with the conditions of pretrial release.

The Court finds that the conduct defendant is alleged to have engaged in constitutes a change in circumstances which justifies reconsideration of the decision to allow her to remain on bail pending future court appearances. The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

IT THEREFORE IS ORDERED that defendant is remanded to the custody of the United States Marshal.

Dated: September 19, 2017

_____/s/_____
ALKA SAGAR
UNITES STATES MAGISTRATE JUDGE